IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GENE PHILLIPS, | No. CIV S-06-2727-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 14), filed on June 13, 2007.

On May 24, 2007, the court issued findings and recommendations and provided for objections to be filed within 20 days of the date of service thereof.  Plaintiff now seeks a 45-day extension of that deadline to July 21, 2007.  Good cause appearing therefor, the request will be granted.  Plaintiff is reminded that failure to file objections within the specified time may waive the right to appeal any order adopting the findings and recommendations.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Case 2:06-cv-02727-FCD-CMK   Document 15   Filed 06/19/07   Page 2 of 2

1  Accordingly, IT IS HEREBY ORDERED that:
2  1. Plaintiff's motion for an extension of time is granted; and
3  2. On or before July 21, 2007, any party may file written objections with the
4  court, such document to be captioned "Objections to Magistrate Judge's Findings and
5  Recommendations."

7  DATED: June 18, 2007.

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

2