1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD GENE PHILLIPS, | No. CIV S-06-2727-FCD-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the court's final judgment entered on July 27, 2007. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in good faith. For the reasons stated in the court's May 24, 2007, findings and recommendations, plaintiff has not stated a claim upon which relief can be granted.

/ / /

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   This appeal is <u>not</u> taken in good faith; and

3   2.   The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: August 31, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE